IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  25-mj-609 (DTS) |
| | ) | Date:  September 17, 2025 |
| Mustaf Abdullahi Farah, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  9W |
| Defendant. | ) | Time Commenced:  1:34 p.m. |
| | ) | Time Concluded:  1:40 p.m. |
| | ) | Time in Court:  6 minutes |

APPEARANCES:

Plaintiff: Tom Hollenhorst, Assistant U.S. Attorney
Defendant: Frederick Goetz
    X Retained

Date Charges Filed: September 15, 2025      Offense: possession with intent to distribute a substance containing fentanyl and a substance containing cocaine; possession of a firearm in furtherance of a drug trafficking crime.

    X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.    X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Monday September 22, 2025 at 10:00 a.m. before U.S. Magistrate Judge Jon T. Huseby in Courtroom 9W (MPLS) for:
    X Detention hrg    X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_s/ms_
Signature of Courtroom Deputy